UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY A. HERNANDEZ, | ) | No. CV 08-08639-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 30, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE